**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DOMINGO SALOMON VELASCO CETO,

      Petitioner,

v.                              Case No. 3:26-cv-1498-WWB-MCR

WARDEN, NORTH FLORIDA
DETENTION CENTER, et al.,

      Respondents.

_____

## <u>ORDER</u>

1.     Petitioner has filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and an Emergency Motion for Immediate Release (Doc. 2). In the Petition and Motion, Petitioner requests, *inter alia*, that the Court order his immediate release. (Doc. 1 at 6; Doc. 2 at 3). To the extent that Petitioner's Motion seeks a temporary restraining order ("**TRO**"), TROs are meant to "preserv[e] the status quo rather than grant[] most or all of the substantive relief requested in the complaint." *Fernandez-Roque v. Smith*, 671 F.2d 426, 429 (11th Cir. 1983). Petitioner's Motion essentially seeks to obtain the affirmative relief sought in the Petition on an expedited basis, rather than preserve the status quo. As such, Petitioner's Emergency Motion for Immediate Release (Doc. 2) is **DENIED without prejudice**.

2.     To proceed, Petitioner, within **30 days of the date of this Order**, must either pay the $5.00 filing fee or file a completed application to proceed *in forma pauperis*.

3.     The Court directs the **Clerk** to mail Petitioner an application to proceed *in forma pauperis* (prisoner filings) form.

**DONE AND ORDERED** in Jacksonville, Florida, on June 9, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 6/9
c:
Domingo Salomon Velasco Ceto

2