UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOMINGO SALOMON VELASCO CETO,

      Petitioner,

v.                                                        Case No. 3:26-cv-1498-WWB-MCR

WARDEN, NORTH FLORIDA
DETENTION CENTER, et al.,

      Respondents.

_____

## ORDER TO SHOW CAUSE

The Court previously directed Petitioner to pay the filing fee or file a request to proceed as a pauper by July 9, 2026. (*See* Doc. 3). As of the date of this Order, Petitioner has not paid the filing fee, filed an application to proceed *in forma pauperis*, or requested additional time to respond.

Accordingly, it is

**ORDERED:**

1.    By **August 26, 2026**, Petitioner shall **SHOW CAUSE** why this case should not be dismissed for his failure to comply with the Court's Order (Doc. 3) as well as lack of prosecution.

2.    Also, by **August 26, 2026**, Petitioner shall file a fully completed application to proceed *in forma pauperis* or pay the $5.00 filing fee.

3.     **Petitioner's failure to show satisfactory cause by the designated deadline may result in the dismissal of this action without further notice for failure to prosecute.** *See* Rule 3.10, Local Rules, United States District Court for the Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of July, 2026.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Jax-7
c:
Domingo Salomon Velasco Ceto

2